**EXHIBIT 4**

JOHN S. PURCELL (SBN 158969)
ANDY S. KONG (SBN 243933)
DOUGLAS E. HEWLETT, JR. (293438)
**ARENT FOX LLP**
555 West Fifth Street, 48th Floor
Los Angeles, CA 90013-1065
Tel: 213.629.7400
Fax: 213.629.7401
Email: john.purcell@arentfox.com
andy.kong@arentfox.com
douglas.hewlett@arentfox.com

Attorneys for Real Party in Interest JL AM Plus, LLC

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION

| | |
|---|---|
| MORAD JAVEDANFAR and YAFFA JAVEDANFAR, <br><br>Debtors, | Case No. 2:13-bk-27702-ER <br><br>Chapter 7 <br><br>Adv. No. 2:15-ap-01363-ER |
| TIMOTHY J. YOO, CHAPTER 7 TRUSTEE FOR THE BANKRUPTCY ESTATE OF MORAD JAVEDANFAR and YAFFA JAVEDANFAR, <br><br>Plaintiff, <br>vs. <br><br>MORAD NEMAN and MBN REAL ESTATE INVESTMENTS, LLC, <br><br>Defendants. | **RULE 26 EXPERT DISCLOSURE FOR DAVID WALL** <br><br>First Am. Compl.: November 22, 2016 <br>Discovery Cutoff: February 28, 2018 <br>Pretrial Conference: March 13, 2018 <br><br>Trial Date: March 26, 2018 |

1    Pursuant to FRCP 26(a)(2), Plaintiff hereby attaches the expert declarations
2    and supporting documents for expert witness David Wall.  Mr. Wall has been
3    retained as a testifying expert witness in this matter.
4
5    Dated:  February 7, 2018                    **ARENT FOX LLP**
6
7                                                By: _____
8                                                     JOHN S. PURCELL
                                                     ANDY S. KONG
9                                                    DOUGLAS E. HEWLETT, JR.
10                                                   Attorneys for Real Party in Interest JL AM Plus, LLC
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

Arent Fox LLP, Gas Company Tower, 555 West Fifth Street, 48th Floor, Los Angeles, CA 90013.

A true and correct copy of the foregoing document entitled (*specify*): **RULE 26 EXPERT DISCLOSURE FOR DAVID WALL** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **2/7/18**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **February 7, 2018,** I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 2/7/2018 | Martha Mota | *[signature]* |
|---|---|---|
| Date | Printed Name | Signature |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012    **F 9013-3.1.PROOF.SERVICE**

AFDOCS/15921629.1

**1. SERVED VIA EMAIL:**

Stephen F Biegenzahn on behalf of Defendant MBN Real Estate Investments, LLC
SBiegenzahn@mbnlawyers.com

Douglas E Hewlett on behalf of Interested Party JL AM Plus, LLC
douglas.hewlett@arentfox.com

Andy Kong on behalf of Interested Party Interested Party
Kong.Andy@ArentFox.com

Andy Kong on behalf of Interested Party JL AM Plus, LLC
Kong.Andy@ArentFox.com

Duane Kumagai on behalf of Interested Party Interested Party
dkumagai@klgla.com, mshabpareh@klgla.com

Duane Kumagai on behalf of Plaintiff JL AM Plus, LLC
dkumagai@klgla.com, mshabpareh@klgla.com

John S Purcell on behalf of Interested Party JL AM Plus, LLC
john.purcell@arentfox.com

John S Purcell on behalf of Plaintiff JL AM Plus, LLC
john.purcell@arentfox.com

Yuriko M Shikai on behalf of Defendant Morad Neman
yshikai@neufeldmarks.com

United States Trustee (LA)
ustpregion16.la.ecf@usdoj.gov

Timothy Yoo (TR)
tjytrustee@lnbyb.com, tyoo@ecf.epiqsystems.com; tjy@trustesolutions.net

**2. REQUEST FOR SPECIAL NOTICE (VIA EMAIL):**

**Timothy L. Neufeld**, on behalf of Morad Neman,
315 W. 9th Street, Suite 501
Los Angeles, CA 90015
TNeufeld@neufeldmarks.com